1   CHRISTOPHER D. BRIGHT (Bar No. 206273)
    cbright@mwe.com
2   McDERMOTT WILL & EMERY LLP
    4 Park Plaza, Suite 1700
3   Irvine, CA 92614-2559
    Telephone:  +1 949 851 0633
4   Facsimile:   +1 949 851 9348

5   PAUL DEVINSKY (*pro hac vice*)
    pdevinsky@mwe.com
6   CHRISTOPHER L. MAY (*pro hac vice*)
    cmay@mwe.com
7   JOSHUA ROGACZEWSKI (*pro hac vice*)
    jrogaczewski@mwe.com
8   McDERMOTT WILL & EMERY LLP
    500 North Capitol Street, N.W.
9   Washington, D.C.  20001
    Telephone:  +1 202 756 8000
10  Facsimile:   +1 202 756 8087

11  Attorneys for Defendants
    FUNAI ELECTRIC CO., LTD.; FUNAI
12  CORPORATION, INC.; P&F USA INC.; AND
    FUNAI SERVICE CORP.

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16

17  LSI Corporation, Agere Systems LLC,      CASE NO.  3:15-CV-04307-EMC
    and Avago Technologies General (IP)
18  Singapore) Pte. Ltd.
                                             MOTION FOR WITHDRAWAL OF
19              Plaintiffs,                   COUNSEL BY McDERMOTT WILL
                                             & EMERY LLP
20          v.

21  Funai Electric Co., Ltd.; Funai
    Corporation, Inc.; P&F USA Inc.; and
22  Funai Service Corp.,

23              Defendants.

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

1      McDermott Will & Emery LLP ("McDermott"), counsel for Defendants

2 Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service

3 Corp., (collectively "Funai"), hereby move the Court pursuant to Northern District

4 of California Local Rule ("L.R.") 11-5, for an order permitting McDermott to

5 withdraw as counsel of record for Funai in this action.  Concurrently, Baker and

6 Hostetler LLP are counsel of record for Funai.

7      The McDermott attorneys who seek withdrawal from this case are

8 Christopher D. Bright (CA Bar No. 206273), Paul Devinsky (*pro hac vice*),

9 Christopher L. May (*pro hac vice*), and Joshua Rogaczewski (*pro hac vice*).

10      As grounds for this Motion:

11      1.     McDermott was original counsel for Funai since the commencement of

12 the action in the U.S. District Court for the Central District of California.

13      2.     Before transfer of this case to this Court, Baker and Hostetler LLP

14 appeared as counsel for Funai, including at the hearing on the motion to transfer to

15 this Court.

16      3.     McDermott has provided written notice of this withdrawal to counsel

17 including Plaintiffs' counsel, pursuant to L.R. 11-5, and there were no objections.

18      4.     Funai understands and accepts the withdrawal of McDermott.

19      5.     Baker and Hostetler LLP will continue to represent Funai in this case.

20

21      WHEREFORE, the Court should grant this Motion for Withdrawal of

22 Counsel by McDermott.

23

24

25

26

27

28

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

MOTION FOR WITHDRAWAL OF COUNSEL       - 2 -       3:15-CV-04307-EMC

1

2   Dated:      September 29, 2015          McDERMOTT WILL & EMERY LLP

3

4                                          By: /s/ Christopher Bright
                                               CHRISTOPHER BRIGHT
5                                              PAUL DEVINSKY
                                               CHRISTOPHER L. MAY
6                                              JOSHUA ROGACZEWSKI

7                                              Attorneys for Defendants
                                               FUNAI ELECTRIC CO., LTD.;
8                                              FUNAI CORPORATION, INC.; P&F
                                               USA INC.; AND FUNAI SERVICE
9                                              CORP.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 4 Park Plaza, Suite 1700, Irvine, California 92614. I caused a copy of the document titled: **MOTION FOR WITHDRAWAL OF COUNSEL by McDERMOTT WILL & EMERY LLP** to be served as follows:

X        I electronically filed the with the Clerk of the Court using the CM/ECF system

         By transmitting via electronic mail the document(s) listed above to the email addresses set forth below on this date

         By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Menlo Park, California addressed as set forth below.

☐        By Personal Service:  I served a true copy to each person[s] named at the address[es] shown.

☐        By Personal Delivery:  I caused the above listed document to be hand delivered to the person[s] named at the address[es] listed below:

☐        By Federal Express:  I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed air bill, under which all delivery charges are paid by McDermott Will & Emery LLP, that same day in the ordinary course of business

Executed on September 29, 2015, at Irvine, California.

 /s/ *Terri A. Carman*
TERRI A. CARMAN

DM_US 64297233-1.086047.0019

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
WASHINGTON