[COMPLETE LIST OF COUNSEL
IDENTIFIED ON SIGNATURE PAGES]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LSI CORPORATION, AGERE SYSTEMS LLC and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>FUNAI ELECTRIC COMPANY, LTD.; FUNAI CORPORATION, INC.; FUNAI SERVICE CORPORATION; and P&F USA, INC.,<br><br>Defendants. | Case No. 15-CV-04307-EMC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**; ORDER SETTING TRIAL |

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

1  Pursuant to the Court's Order at the October 15, 2015 Case Management Conference, the
2  parties have agreed on a trial date of May 8, 2017. The parties preliminarily estimate 10-15 days
3  for trial. The parties request a jury trial.
4  The parties request that the Court enter the following schedule for proceedings following
5  the claim construction hearing:

| Event | Date |
|---|---|
| Fact Discovery Cut-off | 10/7/2016 |
| Opening Expert Reports | 10/7/2016 |
| Rebuttal Expert Reports | 10/28/2016 |
| Expert Discovery Cut-off | 11/18/2016 |
| Deadline For Filing Dispositive Motions and *Daubert* Motions | 12/8/2016 |
| Deadline For Responding To Dispositive Motions and *Daubert* Motions | 12/29/2016 |
| Deadline for Replies To Dispositive Motions and *Daubert* Motions | 1/12/2017 |
| Hearing on Dispositive Motions and *Daubert* Motions (must be a Thursday) | 1/26/2017 |
| Meet and Confer | 2/28/2017 |
| Joint Pre-Trial Conference Statement/Trial Briefs, including objections (see Judge Chen's Civil Pretrial instructions (Standing Order)) | 3/21/2017 |
| ~~Objections~~ | ~~3/28/2017~~ |
| Pre-Trial Conference | 4/11/2017 |
| Trial | 5/8/2017 |

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT                                     - 2 -

1  Respectfully submitted,

2

3  Dated:     October 30, 2015          KILPATRICK TOWNSEND & STOCKTON LLP

4                                        By:  /s/ *David E. Sipiora*
                                         David E. Sipiora, Bar No. 124951
5                                        dsipiora@kilpatricktownsend.com
                                         Kenneth S. Chang, Bar No. 211925
6                                        kschang@kilpatricktownsend.com
                                         Kristopher L. Reed, Bar No. 235518
7                                        kreed@kilpatricktownsend.com
                                         Matthew C. Holohan, Bar No. 239040
8                                        mholohan@kilpatricktownsend.com
                                         KILPATRICK TOWNSEND & STOCKTON LLP
9                                        1400 Wewatta St., Suite 600
                                         Denver, CO 80202
10                                       Tel:  (303) 571-4000
                                         Fax: (303) 571-4321
11
                                         Attorneys for Plaintiffs LSI Corporation, Agere Systems
12                                       LLC, and Avago Technologies General IP (Singapore) Pte.
                                         Ltd.
13
    Dated:     October 30, 2015          BAKER & HOSTETLER LLP
14

15                                       By:  /s/ *Kevin W. Kirsch (with permission)*
                                         KEVIN W. KIRSCH (CA SBN 166184)
16                                       kkirsch@bakerlaw.com
                                         DAVID A. MANCINO (pro hac vice)
17                                       dmancino@bakerlaw.com
                                         SCOTT R. STANLEY (pro hac vice)
18                                       sstanley@bakerlaw.com
                                         BAKER & HOSTETLER LLP
19                                       312 Walnut Street, Suite 3200
                                         Cincinnati, Ohio 45202-4074
20                                       Telephone:    (513) 929-3499
                                         Facsimile:    (513) 929-0303
21
                                         JARED A. BRANDYBERRY (pro hac vice)
22                                       jbrandyberry@bakerlaw.com
                                         BAKER & HOSTETLER LLP
23  IT IS SO ORDERED.  Court to issue    1801 California Street, Suite 4400
    case management and pretrial order.  Denver, Colorado 80202-2662
24  _____       Telephone:    (303) 764-4072
    Edward M. Chen                       Facsimile:    (303) 861-7805
25  U.S. District Judge

26                   Attorneys for Defendants
                                         FUNAI ELECTRIC CO., LTD.; FUNAI
27                                       CORPORATION, INC.; P&F USA INC.; AND FUNAI
                                         SERVICE CORP.
28
    678707960V.1

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT                              - 3 -