KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kenneth S. Chang (SBN 211925)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: dsipiora@kilpatricktownsend.com
Email: kschang@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
Email: mholohan@kilpatricktownsend.com
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiffs
LSI Corporation, Agere Systems LLC and Avago Technologies General IP (Singapore) Pte. Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI CORPORATION, AGERE SYSTEMS LLC and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FUNAI ELECTRIC COMPANY, LTD.; FUNAI CORPORATION, INC.; FUNAI SERVICE CORPORATION; and P&F USA, INC., <br><br> Defendants. | CASE NO. 15-CV-04307-EMC <br><br> STIPULATION REGARDING FINAL PRE-TRIAL CONFERENCE |

WHEREAS, the Court's Case Management and Pretrial Order for Jury Trial (Dkt. No. 89) states that lead counsel who will try the case must attend the final pretrial conference scheduled for April 11, 2017; and



STIPULATION REGARDING FINAL PRE-TRIAL CONFERENCE                                     - 1 -

1  WHEREAS, David E. Sipiora, lead counsel who will try the case for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. (collectively, "Plaintiffs") has a ten-day trial scheduled in another matter in the U.S. District Court for the District of Colorado beginning April 10, 2015;

THEREFORE, Plaintiffs and Defendants Funai Electric Company, Ltd., Funai Corporation, Inc., Funai Service Corporation, and P&F USA, Inc. (collectively, "Defendants") hereby agree and stipulate that another member of Plaintiffs' trial team shall be permitted to appear at the Final Pre-Trial Conference in Mr. Sipiora's place.

DATED: November 17, 2015         KILPATRICK TOWNSEND & STOCKTON LLP

By: /s/ Matthew C. Holohan
MATTHEW C. HOLOHAN

*Attorneys for Plaintiffs*

*LSI Corporation, Agere Systems Inc. and Avago Technologies General IP (Singapore) Pte. Ltd.*

DATED: November 17, 2015         BAKER & HOSTETLER LLP

By: /s/ Kevin W. Kirsch (with permission)
KEVIN W. KIRSCH

*Attorneys for Defendants*

*Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc., and Funai Service Corporation*

APPROVED - Counsel for Plaintiffs shall have full authority to calendar dates & enter into any stipulations.

DATED: 11/20/15    By: _____
UNITED STATES JUDGE

67920192V.1



STIPULATION REGARDING FINAL PRE-TRIAL CONFERENCE         - 2 -