1  [COUNSEL OF RECORD ARE LISTED
2  IN THE ATTACHED SERVICE LIST]

3

4

5  **UNITED STATES DISTRICT COURT**

6  **NORTHERN DISTRICT OF CALIFORNIA**

7  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 8  LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD. | Case No.: 3:15-CV-04307-EMC |
| 10              Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| 11         v. | |
| 12  FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and FUNAI SERVICE CORPORATION, | |
| 14              Defendants. | |
| 15  AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., | Case No.: 3:15-CV-04525-EMC |
| 17              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| 18         v. | |
| 19  ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL, | |
| 20              Defendants. | |
| 22  AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., | Case No.: 3:15-CV-05427-EMC |
| 23              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF** |
| 24         v. | |
| 25  ACER INC. and ACER AMERICA CORP., | |
| 26              Defendants. | |

1  Pursuant to Civil L.R. 7-11, due to a scheduling conflict that has arisen in regards to the availability of counsel for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd. (collectively "Plaintiffs"), and due to the unavailability of counsel for Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc.; and Funai Service Corporation after January 14, 2016:

1. Plaintiffs and Defendants ASUSTeK Computer, Inc., and ASUS Computer International respectfully request that the Case Management Conference and Hearing on Plaintiff Avago Technologies General IP (Singapore) Pte. Ltd.'s Motion for Leave to Serve Amended Infringement Contentions in Case No. 15-cv-04525-EMC, both currently scheduled for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.

2. Plaintiffs and Defendants Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc.; and Funai Service Corporation respectfully request that the Case Management Conference in Case No. 15-cv-04307-EMC, currently scheduled for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.

3. Plaintiffs respectfully request that the Case Management Conference in Case No. 15-cv-05427-EMC, currently set for January 14, 2016 at 1:30 p.m., be rescheduled to January 5, 2016 at 1:30 p.m.  Defendants in Case No. 15-cv-05427-EMC have not yet appeared.

| Dated: December 8, 2015 | KILPATRICK TOWNSEND & STOCKTON LLP |
|---|---|
| | By: /s/ David E. Sipiora |
| | David E. Sipiora |
| | *Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.* |
| Dated: December 8, 2015 | BAKER & HOSTETLER LLP |
| | By: /s/ Kevin W. Kirsch (with permission |
| | Kevin W. Kirsch |
| | *Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.* |

1  Dated: December 8, 2015                    ALSTON & BIRD, LLP

2                                             By:   /s/ Michael J. Newton
                                                    Michael J Newton
3

4                                             *Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*

5

6  IT IS SO ORDERED.  The case management conference for all three cases

7  Dated: 12/10/15    are rescheduled from 1/14/16 to 1/5/16 at 1:30 p.m.
                      Plaintiff Avago's Motion for leave to serve amended
8                     infringement    UNITED STATES JUDGE
                      contentions
9                     in Case No. 15-4525 EMC
10                    remains scheduled for
                      1/14/16 at 1:30 p.m.
11

12

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen — United States District Court, Northern District of California]*

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Kilpatrick Townsend & Stockton, LLP, whose address is 1400 Wewatta Street, Suite 600, Denver, Colorado 80202.  I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 8, 2015, I served the following:

**STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF**

by electronically mailing a true and correct copy through Kilpatrick Townsend & Stockton LLP's electronic mail system to the e-mail addresses set forth below per agreement of the parties in accordance with Fed. R. Civ. P. 5(b).

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on December 8, 2015, in Denver, Colorado.

/s/ Pamela A. Freitik
Pamela A. Freitik

| | |
|---|---|
| 1 | **SERVICE LIST** |

David E Sipiora
dsipiora@kilpatricktownsend.com
Kenneth S Chang
kschang@kilpatricktownsend.com
Kristopher L Reed
kreed@kilpatricktownsend.com
Matthew Christian Holohan
mholohan@kilpatricktownsend.com
Kilpatrick Townsend and Stockton LLP
1400 Wewatta Street Suite 600
Denver, CO 80202-5556
303-405-8527
Fax: 303-648-4730

*Attorneys for Defendants LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd*

Kevin W. Kirsch (CA SBN 166184)
kkirsch@bakerlaw.com
David A. Mancino (pro hac vice)
dmancino@bakerlaw.com
Scott R. Stanley (pro hac vice)
sstanley@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone:     (513) 929-3499
Facsimile:     (513) 929-0303

Jared A. Brandyberry (pro hac vice)
jbrandyberry@bakerlaw.com
BAKER & HOSTETLER LLP
1801 California Street, Suite 4400
Denver, Colorado 80202-2662
Telephone:     (303) 764-4072
Facsimile:     (303) 861-7805

*Attorneys for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA Inc.; and Funai Service Corp.*

Michael J. Newton
mike.newton@alston.com
Derek Scott Neilson
derek.neilson@alston.com
Sang (Michael) Lee
michael.lee@alston.com
Alston & Bird, LLP - Dallas
2828 North Harwood Street, Suite 1800
Dallas, TX 75201
214-922-3423
Fax: 214-922-3863

Patrick John Flinn
patrick.flinn@alston.com
Alston & Bird LLP - Atlanta
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404/881-7920
Fax: 404/253-8370

*Attorneys for Defendants ASUSTeK Computer, Inc. and ASUS Computer International*