UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore) Pte. Ltd.<br><br>Plaintiffs,<br><br>v.<br><br>Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation,<br><br>Defendants. | CASE NO.  15-CV-04307-EMC<br><br>**[PROPOSED] STIPULATION & ORDER RE: CONTINUATION OF DEADLINE FOR DEFENDANTS' PATENT L.R. 3-4 DISCLOSURES** |

WHEREAS, Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore Pte. Ltd. (collectively "Avago") and Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation (collectively "Funai") have stipulated to a one-week continuation of the current December 14, 2015 deadline for Funai's disclosures under Patent L.R. 3-4—Funai's document production accompanying invalidity contentions.  The current December 14, 2015 deadline was set by this Court's order, Dkt. No. 80.  Funai and Avago are currently attempting to negotiate a potential stipulation that may set forth a set of representative products for the larger list of accused products identified in Avago's Patent L.R. 3-1 infringement contentions.  This proposed stipulation, if agreed to by the parties and approved by the Court, may improve judicial efficiency and reduce the burden on the Court, the

1  jury, Avago and Funai, and may narrow the number of products that will require an
2  infringement analysis.  The parties have not previously sought to modify this
3  deadline and the modification of this deadline will not affect any other deadlines in
4  this action.

5  Therefore, for the good cause shown above, it is hereby ORDERED that
6  Funai shall serve its Patent L.R. 3-4 disclosures on December 21, 2015.

7  **IT IS SO STIPULATED**, through Counsel of Record.

| Dated: December 14, 2015 | /s/ Kevin W. Kirsch |
|---|---|
| | KEVIN W. KIRSCH<br>kkirsch@bakerlaw.com<br>BAKER & HOSTETLER LLP<br>312 Walnut Street, Suite 3200<br>Cincinnati, Ohio 45202-4074<br>Telephone:  (513) 929-3499<br>Facsimile:   (513) 929-0303<br><br>*Attorney for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation* |
| Dated: December 14, 2015 | /s/ Matthew C. Holohan |
| | Matthew Christian Holohan<br>mholohan@kilpatricktownsend.com<br>KILPATRICK TOWNSEND AND STOCKTON LLP<br>1400 Wewatta Street Suite 600<br>Denver, CO 80202-5556<br>Phone:     303-405-8527<br>Fax:         303-648-4730<br><br>*Attorney for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the forgoing Agreement is approved.

Dated: December 15, 2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

15-CV-04307-EMC