UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore) Pte. Ltd.<br><br>Plaintiffs,<br><br>v.<br><br>Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation,<br><br>Defendants. | CASE NO.  15-CV-04307-EMC<br><br>[~~PROPOSED~~] STIPULATION & ORDER RE: FURTHER CONTINUATION OF DEADLINE FOR DEFENDANTS' PATENT L.R. 3-4 DISCLOSURES |

WHEREAS, Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore Pte. Ltd. (collectively "Avago") and Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation (collectively "Funai") have stipulated to an additional one-week continuation of the current December 21, 2015 deadline for Funai's disclosures under Patent L.R. 3-4—Funai's document production accompanying invalidity contentions.  The current December 21, 2015 deadline was set by this Court's order, Dkt. No. 104.  Funai and Avago are currently attempting to negotiate a potential stipulation that may set forth a set of representative products for the larger list of accused products identified in Avago's Patent L.R. 3-1 infringement contentions.  The parties have exchanged drafts of the stipulation, but are still working toward finalizing the specific terms of the stipulation.

Again, this proposed stipulation, if agreed to by the parties and approved by

the Court, may improve judicial efficiency and reduce the burden on the Court, the jury, Avago and Funai, and may narrow the number of products that will require an infringement analysis. The parties have previously stipulated to modify this deadline by one-week, which was entered by this Court in Dkt. No. 104. Further modification of this deadline by one week will not affect any other deadlines in this action. Therefore, for the good cause shown above, it is hereby ORDERED that Funai shall serve its Patent L.R. 3-4 disclosures on December 28, 2015.

**IT IS SO STIPULATED**, through Counsel of Record.

Dated: December 18, 2015         /s/ Kevin W. Kirsch
KEVIN W. KIRSCH
kkirsch@bakerlaw.com
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati, Ohio 45202-4074
Telephone:   (513) 929-3499
Facsimile:   (513) 929-0303

*Attorney for Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation*

Dated: December 18, 2015         /s/ Matthew C. Holohan
Matthew Christian Holohan
mholohan@kilpatricktownsend.com
KILPATRICK TOWNSEND AND STOCKTON LLP
1400 Wewatta Street Suite 600
Denver, CO 80202-5556
Phone:   303-405-8527
Fax:     303-648-4730

*Attorney for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.*

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the forgoing Agreement is approved.

Dated: December 21, 2015
_____
UNITED STATES DISTRICT MAGISTRATE JUDGE

IT IS SO ORDERED
Judge Edward M. Chen

15-CV-04307-EMC

607856169.1