1  KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
2  Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
3  1400 Wewatta St., Suite 600
Denver, CO 80202
4  Email: dsipiora@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
5  Email: mholohan@kilpatricktownsend.com
Telephone: (303) 571-4000
6  Facsimile: (303) 571-4321

7  Robert J. Artuz (SBN 227789)
Eighth Floor
8  Two Embarcadero Center
San Francisco, CA 94111
9  Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
10  Facsimile: (415) 576-0300

11  Attorneys for Plaintiffs

12  LSI Corporation, Agere Systems LLC and Avago Technologies General IP (Singapore) Pte. Ltd.

13  **UNITED STATES DISTRICT COURT**

14  **NORTHERN DISTRICT OF CALIFORNIA**

15  **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16  LSI CORPORATION, AGERE SYSTEMS LLC, and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD. | Case No.:  3:15-CV-04307-EMC   Denied |
| 17 | **STIPULATION AND [PROPOSED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE** |
| 18                          Plaintiffs, | |
| 19          v. | |
| 20  FUNAI ELECTRIC CO., LTD.; FUNAI CORPORATION, INC.; P&F USA, INC.; and | |
| 21  FUNAI SERVICE CORPORATION, | |
| 22                          Defendants. | |

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF
Page 1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ASUSTEK COMPUTER INC. and ASUS COMPUTER INTERNATIONAL,<br><br>Defendants. | Case No.:  3:15-CV-04525-EMC ~~Denied~~<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE** |
| 8<br>9<br>10<br>11<br>12<br>13<br>14 | AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD.,<br><br>Plaintiff,<br><br>v.<br><br>ACER INC. and ACER AMERICA CORP.,<br><br>Defendants. | Case No.:  3:15-CV-05427-EMC ~~Denied~~<br><br>**STIPULATION AND [PR~~OPOS~~ED] ORDER FOR ALL COUNSEL TO APPEAR BY TELEPHONE AT THE JANUARY 5, 2016 CASE MANAGEMENT CONFERENCE** |

15   Pursuant to Civil L.R. 16-10(a), Plaintiffs LSI Corporation, Agere Systems LLC, and

16   Avago Technologies General IP (Singapore) Pte. Ltd. (collectively, "Plaintiffs"); Defendants

17   Funai Electric Co., Ltd., Funai Corporation, Inc., P&F USA, Inc. (collectively, "Funai");

18   Defendants ASUSTeK Computer, Inc., and ASUS Computer International  (collectively,

19   "ASUS"); and Defendants Acer Inc. and Acer America Corp. (collectively, "Acer") respectfully

20   request to appear by telephone at the Case Management Conference scheduled for January 5,

21   2016.  All counsel will appear by telephone with the Court's permission.

22   Respectfully submitted,

23   Dated: December 28, 2015          KILPATRICK TOWNSEND & STOCKTON LLP

24   By:   /s/ David E. Sipiora
          David E. Sipiora

25

26   *Attorneys for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.*

27

28

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF
Page 2

1

Dated: December 28, 2015

BAKER & HOSTETLER LLP

2

By:    /s/ Kevin W. Kirsch (with permission)
        Kevin W. Kirsch

3

4

*Attorneys for Defendants Funai Electric Co., Ltd.;
Funai Corporation, Inc.; P&F USA Inc.; and Funai
Service Corp.*

5

6

Dated: December 28, 2015

ALSTON & BIRD, LLP

7

By:    /s/ Michael J. Newton (with permission)
        Michael J. Newton

8

9

*Attorneys for Defendants ASUSTeK Computer, Inc.
and ASUS Computer International*

10

Dated: December 28, 2015

TECHKNOWLEDGE LAW GROUP LLP

11

By:    /s/ Craig Kaufman (with permission)
        Craig Kaufman

12

13

*Attorneys for Defendants Acer Inc. and Acer
America Corp.*

14

~~APPROVED.~~          Denied. Counsel must appear in person.

15

Dated:    December 30, 2015

16

_____
UNITED STATES JUDGE

DENIED

Judge Edward M. Chen

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR ADMINISTRATIVE RELIEF

Page 3