UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore) Pte. Ltd.<br><br>Plaintiffs,<br><br>v.<br><br>Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation,<br><br>Defendants. | CASE NO.  15-CV-04307-EMC<br><br>**[PROPOSED] STIPULATION AND ORDER RE: REPRESENTATIVE ACCUSED PRODUCTS** |

WHEREAS, Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General (IP) Singapore Pte. Ltd. (collectively "Avago") and Defendants Funai Electric Co., Ltd.; Funai Corporation, Inc.; P&F USA, Inc.; and Funai Service Corporation (collectively "Funai") hereby stipulate that the accused products shall be organized into product groups 1-7 for the accused WiFi Funai products and product groups 8-19 for the accused MPEG Funai products ("Product Groups"), as identified in the table below.  Each Product Group includes one accused device that is representative of all of the accused devices within that particular Product Group. Each representative product is identified in the "Representative Product Model Number" column in the table.  The parties agree that each representative product shall be representative of all

accused devices in the respective Product Group for all purposes in this case, including for infringement purposes and for discovery purposes.

The parties agree that, if infringement of a patent claim is found for a Representative Product Model in a certain Product Group, then all accused products in that specific Product Group infringe that specific patent claim.  Similarly, the parties agree that, if no infringement of a patent claim is found for a Representative Product Model in a certain Product Group, then all accused products in that specific Product Group do not infringe that specific patent claim.

The parties also agree that technical infringement discovery (written or otherwise) shall be limited to the representative model numbers identified in the "Representative Product Model Number" column in the below table, and the Plaintiffs shall not seek technical infringement discovery on any other products, whether previously identified or identified in the future, subject to the additional provisions set forth below.  For example, the Patent L.R. 3-4(a) document production shall only require production of documents for the representative model numbers identified in the "Representative Product Model Number" column in the below table.

| **Accused WiFi Products for the '958 Patent, '867 Patent, and '148 Patent** |||
|---|---|---|
| **Product Group** | **Representative Product Model Number** | **Product Model Numbers in Product Group** |
| 1 | 40PFL5706/F7 | 40PFL5706/F7, 40PFL4706/F7, 46PFL5706/F7, 46PFL4706/F7, 55PFL5706/F7, 55PFL3907/F7, 55PFL4706/F7 |
| 2 | 55PFL6900/F7 | 55PFL6900/F7, 65PFL8900/F7, 55PFL7900/F7, 65PFL7900/F7, 49PFL7900/F7 |
| 3 | 46PFL5705D/F7 | 40PFL5705DV/F7, 40PFL7705DV/F7, 46PFL5705D/F7, 46PFL7705DV/F7, 55PFL5705D/F7, 55PFL5705DV/F7, 55PFL7705DV/F7, 40PFL5705D/F7, 46PFL5705DV/F7 |
| 4 | TB600MG2F/F7 | TB600FX2, TB600MG2F/F7, MBP5320/F7G |
| 5 | BDP7320/F7 | BDP7520/F7, BDP7320/F7, BDP5320/F7 |
| 6 | MDR867H/F7 | MDR867H/F7 |
| 7 | VERITE55 | VERITE55, VERITE55/07, VERITE55SE |

607824214.3

| **Accused MPEG Products for the '663 Patent and '087 Patent** |
| --- | --- | --- |
| **Product Group** | **Representative Product Model Number** | **Product Model Numbers in Product Group** |
| 8 | 40ME325V/F7 | 40ME325V/F7, 43ME345V/F7, 55ME345V/F7, 32ME303V/F7A, 50ME345V/F7, LF501EM4A, LF320EM4A, LF402EM6F, LF501EM6F, LF402EM6F, LF501EM4A, FW55D25F, FW24E05F, FS32D05F, FW24E05F |
| 9 | 55PFL6900/F7 | 55PFL6900/F7, 49PFL7900/F7, 55PFL7900/F7, 65PFL7900/F7 |
| 10 | 32MV304X/F7 | 32MV304X/F7, 50MV314X/F7, 40PFL4609/F7A, 65PFL4909/F7, 32PFL4609/F7, 50PFL4909/F7, 40MV324X/F7 |
| 11 | FW24E05T | FW24E05T, FW42D25T, FW32D25T |
| 12 | FW48D25T | FW48D25T |
| 13 | 32MD304V/F7 | 32MD304V/F7, LD320EM5 |
| 14 | MDR868H/F7 | MDR865H/F7, MDR867H/F7, MDR868H/F7 |
| 15 | ZV427FX4A | MDR161V/F7, ZV427FX4A, ZV427EM5, FWZV475F |
| 16 | FWBP505FK | FWBP505FK, FWBP505FP |
| 17 | CDV225FX4 | CDV225FX4, DVP3355V/F7 |
| 18 | FWDP175F | FWDP175F |
| 19 | DV220FX5 | MDV260V/F7, DV220FX5, FWDP105F, FWDV225F |

Modifications and additions may be made to the representative products and the Product Groups for good cause and if not unduly prejudicial up to 90 days before the fact discovery cut-off (or by stipulation at any point).

Notwithstanding the foregoing, Funai's document production pursuant to Patent L.R. 3-4(a) shall include documents sufficient to identify all relevant third-party components contained within each product listed herein.

607824214.3

1          Notwithstanding the foregoing, upon 30 days written notice Avago may request technical
2  documentation for one additional product in each category for the purpose of confirming that the
3  representative product model for that category properly represents each of the products in that
4  category.  Further, Avago may seek additional technical documentation of additional products in
5  any category upon a showing of good cause that there is a substantial question as to whether the
6  representative product model properly represents each of the products in a particular category.
7          Funai represents that the products listed herein include (1) all WiFi enabled products
8  imported/sold by at least one accused Funai entity since March 2006 that incorporate non-
9  licensed WiFi chips and (2) all products imported or sold by at least one accused Funai entity in
10 the U.S. since October 1, 2015 that incorporate MPEG chips.  Funai represents that "non-licensed
11 WiFi chips" means chips whose supplier does not have a license to the '958 patent, '867 patent,
12 and '148 patent.  The list does not include Funai products that incorporate WiFi chips supplied by
13 Realtek Semiconductor Corporation.  Funai is also currently verifying certain information related
14 to whether any of the defendants has ever imported products incorporating MPEG chips and/or
15 WiFi enabled product(s) into the United States for a product line that has never been made, sold
16 or offered for sale by any of the defendants during the relevant time periods discussed
17 above.  Funai will provide updates related to this verification, if any, and additional 3-4
18 documentation, if necessary, on or before January 15, 2016.
19         Avago admits and confirms that it is not accusing any Funai products containing WiFi
20 chips supplied by Realtek Semiconductor Corporation of infringement of the '148 Patent, the
21 '867 Patent and the '958 Patent.  Avago reserves the right to confirm that products not identified
22 in this stipulation contain WiFi chips supplied by Realtek Semiconductor Corporation through
23 appropriate discovery.
24         To the extent requested by Avago, pursuant to Fed. R. Civ. P. 30(b)(6), Funai shall make
25 available one or more witnesses competent to testify concerning the subject matter of this
26 stipulation, including without limitation non-privileged information regarding the manner in
27 which the Product Groups were determined, the basis for determining common functionality
28 within the Product Groups, and the basis for Funai's conclusion that any WiFi chips are licensed.

1    Nothing in this stipulation precludes, limits, or otherwise prejudices any party's ability to
2    take discovery from third parties.

3    Nothing in this stipulation precludes, limits, or otherwise prejudices any party's ability to
4    take non-technical discovery related to all products identified herein.

5    Avago reserves the right to seek to vacate this Stipulation for good cause, which would
6    include a finding of multiple, material errors regarding the designation of Representative Product
7    Models after January 15, 2016.

8    This stipulation is limited solely to whether the accused product actually infringes or does
9    not infringe and is not an admission that any particular accused Funai entity made, used, sold,
10   offered for sale or imported for sale the product or that Avago is entitled to damages based on one
11   of the Funai entities making, using selling, offering for sale or importing for sale the product (e.g.,
12   a product could be found to infringe but Avago be barred from recovery based on one of the other
13   asserted defenses raised by Funai).

14   Funai reserves the right to make modifications and additions to the Representative Product
15   Models and the members of the Product Groups in good faith and if not unduly prejudicial up to
16   90 days before the fact discovery cut-off (or by stipulation at any point).  Funai also reserves the
17   right to eliminate products in the event of changes in facts or circumstances, e.g., additional
18   licenses, elimination of products from infringement contentions, et cetera.

19

20   **IT IS SO STIPULATED**, through Counsel of Record.

21

22   Dated: December 28, 2015           /s/ Kevin W. Kirsch
                                        ─────────────────────────────────
23                                      KEVIN W. KIRSCH
                                        kkirsch@bakerlaw.com
                                        BAKER & HOSTETLER LLP
24                                      312 Walnut Street, Suite 3200
                                        Cincinnati, Ohio 45202-4074
25                                      Telephone:    (513) 929-3499
                                        Facsimile:    (513) 929-0303
26
                                        *Attorney for Defendants Funai Electric Co., Ltd.;*
27                                      *Funai Corporation, Inc.; P&F USA, Inc.; and Funai*
                                        *Service Corporation*
28

607824214.3

| | |
|---|---|
| Dated: December 28, 2015 | /s/ Matthew C. Holohan |
| | Matthew Christian Holohan |
| | mholohan@kilpatricktownsend.com |
| | KILPATRICK TOWNSEND AND STOCKTON LLP |
| | 1400 Wewatta Street Suite 600 |
| | Denver, CO 80202-5556 |
| | Phone:    303-405-8527 |
| | Fax:      303-648-4730 |
| | |
| | *Attorney for Plaintiffs LSI Corporation, Agere Systems LLC, and Avago Technologies General IP (Singapore) Pte. Ltd.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the forgoing Agreement is approved.

Dated: January 4, 2016 _____

UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*IT IS SO ORDERED*
Judge Edward M. Chen

607824214.3