OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

### CIVIL MINUTE ORDER

**Date:** January 11, 2016     **Judge:** EDWARD M. CHEN

**Case No.**: 15-4307 EMC     **Case Name:** LSI, et al. v. Funai Electric, et al.
**Case No.**: 15-4525 EMC         Avago Technologies v. ASUSTek, et al.

### ORDER RESETTING CLAIM CONSTRUCTION HEARING

IT IS SO ORDERED that the consolidated claim construction hearing is **rescheduled** from May 2, 2016 and May 3, 2016 **to** May 9, 2016 at 1:00 p.m. and May 10, 2016 at 9:30 a.m.  The parties shall reserve May 13, 2016 at 9:30 a.m. if necessary.  Consolidated tutorial remains scheduled for April 18, 2016 at 2:30 p.m. and April 19, 2016 at 9:30 a.m.