KILPATRICK TOWNSEND & STOCKTON LLP
David E. Sipiora (SBN 124951)
Kenneth S. Chang (SBN 211925)
Kristopher L. Reed (SBN 235518)
Matthew C. Holohan (SBN 239040)
Jeffrey M. Connor (*pro hac vice*)
1400 Wewatta St., Suite 600
Denver, CO 80202
Email: dsipiora@kilpatricktownsend.com
Email: kschang@kilpatricktownsend.com
Email: kreed@kilpatricktownsend.com
Email: mholohan@kilpatricktownsend.com
Email: jmconnor@kilpatricktownsend.com
Telephone: (303) 571-4000
Facsimile: (303) 571-4321

Robert J. Artuz (SBN 227789)
Eighth Floor
Two Embarcadero Center
San Francisco, CA 94111
Email: rartuz@kilpatricktownsend.com
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiffs
LSI Corporation, Agere Systems LLC and Avago Technologies General IP (Singapore) Pte. Ltd.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LSI CORPORATION, AGERE SYSTEMS LLC and AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE) PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> FUNAI ELECTRIC COMPANY, LTD.; FUNAI CORPORATION, INC.; FUNAI SERVICE CORPORATION; and P&F USA, INC., <br><br> Defendants. | CASE NO. 15-CV-04307-EMC <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1   No defendant in this action has served an answer or a motion for summary judgment.
2   Accordingly, Plaintiffs LSI Corporation ("LSI"), Agere Systems LLC ("Agere"), and Avago
3   Technologies General IP (Singapore) Pte. Ltd. ("Avago") hereby dismiss this action without
4   prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

DATED:  February 4, 2016          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ David E. Sipiora*
    David E. Sipiora
    Kenneth S. Chang
    Kristopher L. Reed
    Matthew C. Holohan
    Jeffrey M. Connor
    Robert J. Artuz

*Attorneys for Plaintiffs*

*LSI Corporation, Agere Systems Inc. and Avago Technologies General IP (Singapore) Pte. Ltd.*

68150960V.1

IT IS SO ORDERED.  The Clerk of the Court is directed to close this case.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*